

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00210-CR

**IN RE** Miguel Angel **COLORADO NEVAREZ**

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Irene Rios, Justice
    Beth Watkins, Justice

Delivered and Filed: May 31, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023.

Relator's mandamus petition argues the trial court failed to rule on his application for writ of habeas corpus and his motion to waive. Relator's motion seeks to waive his required in-person attendance at a March 9, 2023 pretrial hearing.

After relator filed this original proceeding, the trial court denied relator's application for writ of habeas corpus. When the trial court ruled on his application for writ of habeas corpus, relator received the relief he sought through his mandamus petition, rendering his petition moot.

---

[1] This proceeding arises out of Cause No. 11354CR, styled *State of Texas v. Miguel Angel Colorado Nevarez*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth and the Honorable Susan D. Reed presiding.

*See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (holding mandamus petition was moot where relator received relief sought). Additionally, because of the stay granted by this court, relator's complaint about his required in-person attendance at the March 9, 2023 pretrial hearing is also moot. *See id.* We, therefore, dismiss relator's petition for writ of mandamus and lift the stay we imposed on March 8, 2023.

PER CURIAM

DO NOT PUBLISH